# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Richard Estevan Ramirez**<br>DOB: 1998; United States Citizen<br>**Yareli Flores-Fierro**<br>DOB: 1998; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>17-00284 MJ |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about October 3, 2017, at or near Douglas, in the District of Arizona, **Richard Estevan Ramirez** and **Yareli Flores-Fierro**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport and harbor certain illegal aliens, to wit Gloria Patricia Hernandez-Delgado and Erik Rene Procopio-Flores, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii); 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about September 4, 2017, at or near Douglas, in the District of Arizona, United States Border Patrol Agents (BPA) responded to the Douglas Police Department (DPD) who pulled over a maroon 2007 Dodge Charger for "speeding and failing to yield." Both the driver and passenger attempted to flee on foot and DPD was able to detain them both. DPD identified the driver as **Richard Estevan Ramirez** and the passenger as **Yareli Flores-Fierro**. DPD also identified two additional passengers as Gloria Patricia Hernandez-Delgado and Erik Rene Procopio-Flores in the vehicle. BPA determined that both Gloria Patricia Hernandez-Delgado and Erik Rene Procopio-Flores are Mexican citizens present in the United States illegally.

The material witnesses, Gloria Patricia Hernandez-Delgado and Erik Rene Procopio-Flores, stated that they had made arrangements to be smuggled into the United States in exchange for money. Both identified through photographic lineup the driver as **Richard Estevan Ramirez** and the passenger as **Yareli Flores-Fierro** of the car they were being transported in.

In a post-*Miranda* statement, **Richard Estevan Ramirez** admitted that he was going to be paid $400 per person to transport illegal aliens from Douglas to Phoenix.

In a post-*Miranda* statement, **Yareli Flores-Fierro** admitted that she was in contact with a friend from Kindergarten who asked if she or if she knew someone willing to transport undocumented aliens. She and her boyfriend **Richard Estevan Ramirez** stated they would be. She and **Ramirez** were to be paid $400 per alien transported.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:** Gloria Patricia Hernandez-Delgado and Erik Rene Procopio-Flores

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA RW_____ /s/ RW | SIGNATURE OF COMPLAINANT<br>/s/<br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence.<br>SIGNATURE OF MAGISTRATE JUDGE [1] | DATE<br>October 4, 2017 |

1) See Federal rules of Criminal Procedure Rules 3 and 54